UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK O. SILVER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HEATHER DYSTRUP-CHIANG, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-01339-RAJ<br><br>ORDER ON REVIEW OF MOTION FOR RECUSAL |

　　　On May 3, 2021, Plaintiff Frederick O. Silver filed a Motion seeking to disqualify the Honorable Richard A. Jones in this matter. Dkt. #35. On August 11, Judge Jones issued an Order declining to recuse himself and, in accordance with this Court's Local Rules, referring that decision to the Chief Judge for review. Dkt. #45; LCR 3(f).

　　　A judge of the United States shall disqualify himself in any proceeding in which his impartiality "might reasonably be questioned." 28 U.S.C. § 455(a). Federal judges also shall disqualify themselves in circumstances where they have a personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding. 28 U.S.C. § 455(b)(1). Pursuant to 28 U.S.C. § 144, "whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse

party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding." "[A] judge's prior adverse ruling is not sufficient cause for recusal." *United States v. Studley*, 783 F.2d 934, 939 (9th Cir. 1986); *see also Taylor v. Regents of Univ. of Cal.*, 993 F.2d 710, 712 (9th Cir. 1993) ("To warrant recusal, judicial bias must stem from an extrajudicial source.").

Mr. Silver essentially provides no grounds for seeking recusal. He states that disqualification is "mandatory." Dkt. #35. At one point Mr. Silver appears to imply that Judge Jones cannot carry out his judicial function because it has taken many months for the Court to issue orders. *Id*. at 2.

The Court finds that Mr. Silver has failed to present any reasonable basis to grant the requested relief. Accordingly, the Court hereby finds and ORDERS that Judge Jones's refusal to recuse himself from this matter, Dkt. #45, is AFFIRMED.

DATED this 15th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE