HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERICK O. SILVER,

    Plaintiff,

v.

HEATHER DYSTRUP-CHIANG, SCOTT LESCHER, MICHAEL HUFFAKER, PRIME NOW LLC,

    Defendants.

Case No. 20-cv-01339-RAJ

ORDER

    This matter comes before the Court on Plaintiff's motion requesting certification that his appeal is not frivolous or taken in bad faith. Dkt. # 57. The Court certifies in accordance with 28 U.S.C. § 1915(a)(3) that Plaintiff's appeal in this case is frivolous and taken in bad faith.

    The Court accordingly **REVOKES** Plaintiff's *in forma pauperis* status for purposes of appeal. The Court directs the Clerk to ensure that the parties and the Clerk of the Ninth Circuit Court of Appeals receive a copy of this order.

    DATED this 27th day of April, 2022.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1